Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

**JENETTA PLANKENHORN**,

     Plaintiff,

  vs.

**GENERAL CREDIT SERVICE, INC. & HORNECKER COWLING LLP,**

     Defendants.

Case No.: 1:15-cv-658

**COMPLAINT;**

FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692a, *et seq.*);

DEMAND FOR JURY TRIAL

## I.  INTRODUCTION

1.      This is an action for damages brought by an individual consumer for Defendants' violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA").

## II.  JURISDICTION

2.      Plaintiff's claim for violations of the FDCPA arises under 15 U.S.C. § 1692k(d), and therefore involves a "federal question" pursuant to 28 U.S.C. § 1331.

## III.  PARTIES

3.      Plaintiff, Jenetta Plankenhorn, ("Plaintiff"), is a natural person residing in Jackson County, Oregon.

4.      Defendant, General Credit Service, Inc., ("Defendant GCS"), is a corporation engaged in the business of collecting debts by use of the mails and telephone. Defendant GCS regularly attempts to collect debts alleged due another.

5.      Defendant, Hornecker Cowling LLP ("Defendant HC"), is a business entity engaged in the business of collecting debts by use of the mails and telephone.  Defendant HC  regularly attempts to collect debts alleged due another.

## IV.  FACTUAL ALLEGATIONS

6.      Defendants are each a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

7.      Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

8.      All activities of Defendants set out herein were undertaken in connection with the collection of a "debt," as defined by 15 U.S.C. § 1692a(5).

9.      Within the last year, Defendants took multiple actions in an attempt to collect a debt from Plaintiff. Defendants' conduct violated the FDCPA in multiple ways, including the following.

10.     Failing to effectively convey the notices required by 15 USC 1692g(a) in the initial communication with the consumer or in writing within 5 days thereof, including failing to send Plaintiff a written notice at any time despite communicating with Plaintiff in a form other than that of a legal pleading (§ 1692g(a));

11.     Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt, including failing to provide Plaintiff with written notices

pertaining to a November, 2014, wage garnishment (§ 1692f)).

12. Using false representations or deceptive practices in collection with collection of a debt, including misrepresent attorney involvement (§ 1692e(10)).

13. As a result of the aforementioned violations, Plaintiff suffered and continues to suffer injuries to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and severe emotional distress.

14. Defendants intended to cause, by means of the actions detailed above, injuries to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and severe emotional distress.

15. Defendants' actions, detailed above, were undertaken with extraordinary disregard of, or indifference to, known or highly probable risks to purported debtors.

16. To the extent Defendants' actions, detailed in paragraphs above, were carried out by an employee of either Defendant, that employee was acting within the scope of his or her employment.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

17. Plaintiff reincorporates by reference all of the preceding paragraphs.

18. The preceding paragraphs state a *prima facie* case for Plaintiff and against Defendants for violations of the FDCPA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendants for the following:

A.    Declaratory judgment that Defendants' conduct violated the FDCPA;

B.    Actual damages pursuant to 15 U.S.C. 1692k;

C.    Statutory damages pursuant to 15 U.S.C. § 1692k;

D.    Costs, disbursements and reasonable attorney's fees for all successful claims, and any unsuccessful claims arising out of the same transaction or occurrence as the successful claims, pursuant to 15 U.S.C. § 1692k; and,

E.    For such other and further relief as may be just and proper.

**<u>PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY</u>**

Dated this 17th day of April, 2015.


By:__s/Joshua Trigsted_____
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826 facsimile
Attorney for Plaintiff